IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **CRAFT BANK**<br><br>Plaintiff,<br><br>v.<br><br>**SWIRLED & TWISTED, LLC, ABJJJG, LLC, BRADLEY DAVIS, AND AMANDA LORIMER**<br><br>Defendants. | Civil Action No. 1:25-cv-01208 |

## CRAFT BANK'S ORIGINAL COMPLAINT

Plaintiff Craft Bank ("***Craft***" or "***Plaintiff***") files this Original Complaint (the "***Complaint***") against Defendants Swirled & Twisted, LLC ("***S&T***"), ABJJJG, LLC ("***ABJJJG***"), Bradley Davis ("***Mr. Davis***"), and Amanda Lorimer ("***Ms. Lorimer***") (collectively "***Defendants***") as follows:

### I. PARTIES

1. Craft Bank is a Georgia State Financial Institution and state chartered banking institution existing under the laws of the State of Georgia, with its principal place of business located at 1575 Northside Drive, NW, Building 100, Suite 200, Atlanta, GA 30318.

2. Swirled & Twisted, LLC, a Texas limited liability company with a mailing address of 20624 Mouflon Dr, Pflugerville, TX 78660 - 6021, may be served through its registered agent for service of process, Bradley Davis, at 20624 Mouflon Dr, Pflugerville, TX 78660 - 6021 or wherever he may be found.

3. ABJJJG, LLC, a Texas limited liability company with a mailing address of 20624 Mouflon Dr, Pflugerville, TX 78660 - 6021, may be served through its registered agent for service

of process, Bradley Davis, at 20624 Mouflon Dr, Pflugerville, TX 78660 – 6021 or wherever he may be found.

4.  Bradley Davis, an individual, may be served at his residence at 20624 Mouflon Dr, Pflugerville, TX 78660 - 6021 or wherever he may be found.

5.  Amanda Lorimer, an individual, may be served at her residence at 20624 Mouflon Dr, Pflugerville, TX 78660 - 6021 or wherever she may be found.

## II. JURISDICTION

6.  This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1), in that this is a civil action between a citizen of Georgia and citizens of Texas, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

7.  This Court has personal jurisdiction over Defendants. Defendants reside or have a principal place of business within the State of Texas.

## III. VENUE

8.  Venue is proper in this district under 28 U.S.C. § 1391(b)(1), in that all Defendants reside in this district and a substantial part of the events or omissions giving rise to the claims occurred in this district.

## IV. FACTUAL BACKGROUND

**A.  The Agreements Between Defendants and Craft**

1. ***SBA Loan # 51727591-07 – $ 547,000.00 Loan***

9.  On or about July 20, 2023, S&T and Craft executed a Note for SBA Loan # 51727591-07 in the principal sum of $547,000.00 (the "***Loan***").

10. The Loan was secured by the Security Agreement dated July 20, 2023, executed by Craft and S&T (the "***Security Agreement***"), granting to the Craft a security interest in all present

and future right, title, and interest in and to the real and personal property as more particularly described therein (the "*Security Agreement Collateral*").

11. The Loan was guaranteed by ABJJJG pursuant to an Unconditional Guaranty dated July 20, 2023, executed by Mr. Davis and Ms. Lorimer (the "*ABJJJG Guaranty*").

12. The Loan was guaranteed by Mr. Davis pursuant to an Unconditional Guaranty dated July 20, 2023, executed by Mr. Davis (the "*Davis Guaranty*").

13. The Loan was guaranteed by Ms. Lorimer pursuant to an Unconditional Guaranty dated July 20, 2023, executed by Ms. Lorimer (the "*Lorimer Guaranty*") (collectively with the Loan, the Security Agreement, the ABJJJG Guaranty, the Davis Guaranty, and any related transactional documents, the "*Loan Documents*").

**B.     Defendants' Defaults**

14. S&T defaulted on the Loan by failing to make payments required by the Loan Documents as of May 5, 2025.

15. S&T's failure to perform under the Loan has resulted in S&T's default on the Loan.

16. ABJJJG has defaulted on the ABJJJG Guaranty by failing to repay the outstanding balance as of August 1, 2025.

17. Mr. Davis has defaulted on the Davis Guaranty by failing to repay the outstanding balance as of August 1, 2025.

18. Ms. Lorimer has defaulted on the Lorimer Guaranty by failing to repay the outstanding balance as of August 1, 2025.

19. After months of unsuccessfully attempting to reach an agreement on Defendants' repayment obligations, including by a letter dated June 22, 2025, Craft formally informed Defendants of Defendants' breaches of each applicable agreement and Craft's acceleration of the debts owed thereunder by letter dated July 14, 2025.

20. Craft has exercised its security interest in $300,000 from The BJ and RR Davis Family Living Trust as guarantor and has received those funds. The remaining outstanding principal balance due to Craft is $222,493.72, plus additional accrued interest and fees.

## V.  CAUSES OF ACTION

**Count One:    Breach of the Loan – Against S&T**

21. Craft re-alleges the paragraphs above as if fully set forth herein.

22. The Loan is a valid, enforceable contract between Craft and S&T. Craft is the rightful party to bring suit for breach of the Loan. S&T breached the Loan by failing to make timely payment of the amounts due. Such breach has proximately caused Craft damages. Additionally, Craft seeks an award of reasonable and necessary attorneys' fees and costs in connection with this claim, as contemplated by the Loan.

**Count Two:    Breach of the ABJJJG Guaranty – Against ABJJJG**

23. Craft re-alleges the paragraphs above as if fully set forth herein.

24. The ABJJJG Guaranty is a valid, enforceable contract between Craft and ABJJJG. Craft is the rightful party to bring suit for breach of the ABJJJG Guaranty. ABJJJG breached the ABJJJG Guaranty by failing to make timely payment of the amounts due. Such breach has proximately caused Craft damages. Additionally, Craft seeks an award of reasonable and necessary attorneys' fees and costs in connection with this claim, as contemplated by the ABJJJG Guaranty.

**Count Three: Breach of the Davis Guaranty – Against Mr. Davis**

25. Craft re-alleges the paragraphs above as if fully set forth herein.

26. The Davis Guaranty is a valid, enforceable contract between Craft and Mr. Davis. Craft is the rightful party to bring suit for breach of the Davis Guaranty. Mr. Davis breached the Davis Guaranty by failing to make timely payment of the amounts due. Such breach has

proximately caused Craft damages. Additionally, Craft seeks an award of reasonable and necessary attorneys' fees and costs in connection with this claim, as contemplated by the Davis Guaranty.

**Count Four:   Breach of the Lorimer Guaranty – Against Ms. Lorimer**

27. Craft re-alleges the paragraphs above as if fully set forth herein.

28. The Lorimer Guaranty is a valid, enforceable contract between Craft and Ms. Lorimer. Craft is the rightful party to bring suit for breach of the Lorimer Guaranty. Ms. Lorimer breached the Lorimer Guaranty by failing to make timely payment of the amounts due. Such breach has proximately caused Craft damages. Additionally, Craft seeks an award of reasonable and necessary attorneys' fees and costs in connection with this claim, as contemplated by the Lorimer Guaranty.

WHEREFORE, Craft respectfully asks for judgment in its favor and against each and every Defendant, as follows:

   A. Judgment in favor of Craft on all causes of action;

   B. An award of attorneys' fees and costs against Defendants;

   C. Such other and further relief to which Craft is justly entitled.

Date:  August 4, 2025

Respectfully submitted,

By:  */s/ Jared A. Greathouse*
Jared A. Greathouse
Texas Bar No. 24077284
Robert A. Rhodes
Texas Bar No. 24116958
Munsch Hardt Kopf & Harr, P.C.
1717 West 6th Street, Suite 250
Austin, Texas  78703
Telephone:  512.391.6100
Facsimile:  512.391.6149
Email: jgreathouse@munsch.com
Email: rrhodes@munsch.com

ATTORNEYS FOR CRAFT BANK